IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No.  12-cv-00587-RPM

GALENA STREET FUND, L.P.,

    Plaintiff,

v.

WELLS FARGO BANK, NA,

    Defendant.

_____

## ORDER OF RECUSAL
_____

Because my wife has securities accounts with Wells Fargo Bank, NA, there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

ORDERED that the Clerk of Court shall reassign this civil action.

DATED:   March 8th, 2012

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge