IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00587-MSK-BNB

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

**ORDER**
_____

Consistent with matters discussed at the scheduling conference this morning,

IT IS ORDERED that on or before **June 20, 2012**, counsel for the defendant shall file a status report addressing the defendant's position concerning its possession, custody, or control of loan servicing records and the bases for that position.

Dated June 4, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge