IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00587-BNB

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

**TRIAL PROCEDURES ORDER**

Trial of this matter has been set for ten days to a jury on **June 17-28, 2013**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Trial days run from 8:30 a.m. to 5:00 p.m.

The final pretrial conference is set for **May 9, 2013, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The following procedures supplement the Federal Rules of Civil Procedure and the local rules of this court:

**EXHIBITS**

1.	The parties shall exchange exhibit lists and copies of exhibits on or before **April 18, 2013**. Prior to the exchange, the parties must confer in an attempt to agree on joint exhibits. The use of joint exhibits avoids duplication and confusion. Plaintiffs' exhibits should be marked with yellow labels, designated as P-1, P-2, etc. Defendants' exhibits should be marked with blue labels, designated as D-1, D-2, etc. Joint exhibits should be marked with white labels, designated by numbers without prefix. The civil action number must appear on each exhibit label. The exhibits shall be placed in three ring binders, and dividers with the exhibit designations must be placed between each exhibit for ease of reference.

2.	Stipulations as to authenticity and admissibility shall be set forth on the exhibit lists. The parties shall be prepared at the final pretrial conference to enter into additional stipulations as to the admissibility of exhibits.

3.	Every page of each exhibit must be Bates numbered, and the beginning and ending Bates number of each exhibit shall be reported on the exhibit lists.

4.	The objections contemplated by Fed. R. Civ. P. 26(a)(3) shall be filed with the clerk of the court and served by hand delivery or facsimile on or before **May 2, 2013**. The objections shall state concisely the evidentiary grounds for the objection and the legal authority supporting the objection. If the authority is a Federal Rule of Evidence, the Rule shall be cited; if the authority is case law, a copy of the case shall be provided to the court.

5.     On or before **June 10, 2013**, the parties shall submit to the Courtroom Deputy the original exhibits, filed in notebooks.  The parties also shall submit two copies of the exhibit notebooks for use by the court.

**JURY INSTRUCTIONS**

6.     On or before **April 25, 2013,** the parties shall submit to my chambers proposed jury instructions, verdict forms, and voir dire questions.   Prior to that date, the parties shall confer in an attempt to reach agreement on stipulated jury instructions and verdict forms.  Stipulated jury instructions and verdict forms shall be so designated.  Any jury instructions or verdict forms about which the parties cannot agree shall be submitted as disputed.  Objections to any disputed jury instructions and verdict forms shall be submitted on or before **May 2, 2013**.

7.     On or before **May 2, 2013**, the parties shall submit a statement of the case, including a statement of the claims and defenses, which they stipulate may be given to the jury at the commencement of the trial.

8.     Proposed jury instructions, verdict forms, and voir dire questions shall be submitted by electronic mail to boland_chambers@cod.uscourts.gov.  Instructions must be submitted to chambers in Word Perfect 12 (or a later version), although they may in the alternative be submitted in Word.  A citation of authority in support of each proposed jury instruction must be contained at the bottom of each instruction submitted.

**DEPOSITION DESIGNATIONS**

9.     On or before **April 18, 2012**, the parties shall submit transcripts of depositions identifying any testimony which they may request be read to the jury.  The plaintiff's

3

designations shall be highlighted in yellow; the defendant's designations shall be highlighted in blue.

10. On or before **April 25, 2013**, the parties shall file any objections to the deposition designations submitted by the opposing party.

**FINAL WITNESS LISTS**

11. On or before **June 3, 2013**, the parties shall submit three copies of their final witness lists with an estimate of the time required to complete direct examinations. Witnesses shall be listed in the order they will be called. Each witness designated as a "will call" witness is that party's representation, upon which the opposing party may rely, that the witness will be present and available for testimony at trial.

**GENERAL INFORMATION**

12. My courtroom deputy is Julie Dynes. She can be reached at 303-335-2061. Any questions concerning exhibits or courtroom equipment should be directed to her. The proceedings will be tape recorded. Any request for transcripts should be directed to the courtroom deputy. Extraordinary requests, such as for daily copy, should be made at least 30 days in advance of the trial date.

13. My secretary is Estee Fraitag. She can be reached at 303-844-6408.

14. My staff attorney is Renee Christian. She can be reached at 303-844-6408.

15. At trial, all parties and witnesses shall be addressed as "Mr.," "Mrs.," "Ms.," "Dr.," etc. Informal references are not authorized except with my express permission.

Dated June 6, 2012.

                                   BY THE COURT:

                                   s/ Boyd N. Boland
                                   United States Magistrate Judge