IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Unopposed Motion for Leave to File Amended Designation of Nonparty at Fault** [docket no. 47, filed July 30, 2012] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and defendant's amended designation of nonparty [48] is accepted for filing.

DATED:  July 31, 2012