IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| Civil Action: | 12-cv-00587-BNB-KMT | Date: November 29, 2012 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| GALENA STREET FUND, LP<br>**Plaintiff(s)** | *John M. McHugh* |
| v. | |
| WELLS FARGO, NA<br>**Defendant(s)** | *Marie E. Williams*<br>*David W. Stark* |

## COURTROOM MINUTES

**MOTION HEARING**

Court in Session: 8:59 a.m.

Appearance of counsel.

Argument presented on [53] Motion for Entry of Protective Order.

**ORDERED: [53] Motion for Entry of Protective Order is DENIED in its entirety.**

Discussion held on servicing advances.

Court in Recess: 9:52 a.m.    Hearing concluded.    Total time in Court: 00:53

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119