IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## ORDER
_____

This matter arises on the defendant's **Motion for Entry of Protective Order** [Doc. # 53, filed 11/14/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED that the Motion [Doc. # 53] is DENIED.

Dated November 29, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge