IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

___

# MINUTE ORDER
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

Good cause having been shown, IT IS ORDERED:

(1) Plaintiff's **Motion to Amend Scheduling Order** [Doc. # 58, filed 12/28/2012] is GRANTED; and

(2) The case schedule is modified to the following extent:

Fact Discovery Cut-Off:           April 30, 2013

(All fact discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

Expert Discovery Cut-Off:         June 3, 2013

Dispositive Motions Deadline:     June 4, 2013

Expert Disclosures:

(a) The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before April 5, 2013

      (b)      The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before May 6, 2013

Final Pretrial Conference:  The final pretrial conference set for May 9, 2013, at 8:30 a.m., is VACATED and RESET to August 1, 2013, at 2:30 p.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  The parties shall prepare a final pretrial order and submit it to the court no later than July 25, 2013.

Trial:  The ten day jury trial set for June 17-28, 2013, and the deadlines set in the Trial Procedures Order [Doc. # 34],  are VACATED, to be reset at the final pretrial conference.

DATED:  January 24, 2013