IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.
_____

# MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    Good cause having been shown, IT IS ORDERED:

    (1)    **Joint Motion to Amend Scheduling Order** [Doc. # 62, filed March 27, 2013] is GRANTED; and

    (2)    The case schedule is modified to the following extent:

    Fact Discovery Cut-Off:    **October 31, 2013**

    (All fact discovery must be completed by the discovery cut-off.
    All written discovery must be served so that responses are due on
    or before the discovery cut-off.)

    Expert Discovery Cut-Off:    **December 1, 2013**

    Dispositive Motions Deadline:    **December 16, 2013**

    Expert Disclosures:

    (a)    The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 14, 2013**

    (b)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 13, 2013**

  Final Pretrial Conference: The final pretrial conference set for August 1, 2013, is **VACATED and RESET to February 12, 2014, at 1:30 p.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. The parties shall prepare a final pretrial order and submit it to the court no later than **February 5, 2014**. The trial will be set at the final pretrial conference.

DATED: March 28, 2013