IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Motion for Leave to File Notice of Supplemental Authority** [Doc. #50, filed 08/21/2012] (the "Motion").

     IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED:  May 16, 2013