IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

IT IS ORDERED:

(1)  **Galena's Unopposed Motion to Substitute Its Motion to Compel** [Doc. # 74] is GRANTED;

(2)  Doc. # 70 shall be RESTRICTED--Level 1; and

(3)  Doc. ## 70-1 through 70-4 shall not be restricted and shall remain open to public inspection.

DATED:  June 25, 2013