IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 92, filed September 26, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. The Scheduling Order is amended as follows:

The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 28, 2014**; The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 25, 2013**;

| | |
|---|---|
| Fact Discovery Cut-Off: | **April 25, 2014**; |
| Expert Discovery Cut-Off: | **May 30, 2014**; |
| Dispositive Motion Deadline: | **June 13, 2014.** |

IT IS FURTHER ORDERED that the Pretrial Conference set for February 12, 2014, is **vacated and reset to August 21, 2014, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.5.1, is due on or before **August 14, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.

DATED: October 1, 2013