IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

# ORDER

---

Yesterday, I entered an Order [Doc. # 131] which, among other things, directed the Clerk of the Court to restrict access to Doc. # 71-1 at pages 1-58 and Doc. # 71-2 at pages 1-41; and to make open to public inspection Doc. # 71-1 at pages 59-60 and Doc. # 71-2 at pages 42-49.  I am informed that the court's CM-ECF system does not allow only a portion of a docket entry to be restricted; the entire entry must either be restricted or open to public inspection.  To facilitate my order concerning public access,

IT IS ORDERED:

(1)     Doc. ##71-1 and 71-2 shall be Restricted Level 1 in their entirety, my previous Order [Doc. # 131] notwithstanding; and

(2)     On or before March 18, 2014, Galena shall file unrestricted and open to public inspection duplicates of the materials contained at  Doc. # 71-1 at pages 59-60 and Doc. # 71-2 at pages 42-49.

Dated March 11, 2014.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge