IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

   IT IS ORDERED:

   (1)   **Plaintiff's Motion to Withdraw Its Second Motion to Compel** [Doc. # 143, filed 4/14/2014] is GRANTED;

   (2)   **Plaintiff's Second Motion to Compel** [Doc. # 101, filed 12/10/2013] is DENIED as withdrawn; and

   (3)   Plaintiff's **Unopposed Motion to Restrict Access** [Doc. # 100] is GRANTED.


DATED:  April 17, 2014