IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 148, filed May 8, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as follows:

- Fact discovery Cut-off is now **August 1, 2014**; all fact discovery must be completed by this date and all written discovery must be served so that the responses are due on or before **August 1, 2014**.

- Each side is allowed four (4) expert witnesses.

- The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **August 1, 2014**.

- Dispositive Motion Deadline is now **September 12, 2014**.

IT IS FURTHER ORDERED that the Pretrial Conference set for August 21, 2014, is **vacated and reset to November 13, 2014, at 1:30 p.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **November 6, 2014**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: May 8, 2014