IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Defendant's Motion to Withdraw its Motion for Protective Order with Respect to Plaintiff's Fourth Set of Discovery** [docket no. 147, filed May 8, 2014] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the **Defendant's Motion for Protective Order with Respect to Plaintiff's Fourth Set of Discovery** [145] is DENIED AS WITHDRAWN.  The hearing set for May 15, 2014, is **VACATED**.

DATED:  May 8, 2014