IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-00587-BNB-KMT

GALENA STREET FUND, L.P.,

Plaintiff,

v.

WELLS FARGO BANK, N.A.,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order** [docket no. 153, filed October 7, 2014] (the "Motion").

IT IS ORDERED that the Motion is GRANTED as follows:

- Fact discovery Cut-off is now **January 16, 2015**; all fact discovery must be completed by this date and all written discovery must be served so that the responses are due on or before **January 16, 2015**.

- The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **January 16, 2015**.

- Dispositive Motion Deadline is now **February 27, 2015**.

IT IS FURTHER ORDERED that the Pretrial Conference set for February 25, 2015, is **vacated and reset to May 5, 2015, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.6, is due on or before **April 28, 2015**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2(b).

DATED: October 7, 2014